AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Arizona

United States of America
v.

Baron Martin

*Defendant*

Case No. 24-11950MJ-BGM

## AMENDED ARREST WARRANT
Amending Arrest Warrant Issued 12/6/2024

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Baron Martin,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C,, §§ 2251(a) and (e); 18 U.S.C. §§ 2261A(2) and (B)(a) Sexual Exploitation of a Minor, Interstate Stalking of a Minor

Date: 12/09/2024

*Issuing officer's signature*

City and state: Tucson, AZ

Lynnette C. Kimmins, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/9/2024, and the person was arrested on *(date)* 12/11/2024
at *(city and state)* Tucson, Arizona.

Date: 12/11/2024

*Arresting officer's signature*

Brad Kiernan / Special Agent
*Printed name and title*